-1-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MORRIS & DICKSON CO., LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, III, ET AL.,<br><br>         Defendant. | 18-cv-1406 |

## NOTICE OF APPEAL OF PLAINTIFF MORRIS & DICKSON CO., LLC

  Plaintiff Morris & Dickson Co., LLC, appeals to the United States Court of Appeals for the Fifth Circuit from (a) the Memorandum Ruling entered December 28, 2018 (Dkt. 40) and (b) the Judgment entered December 28, 2018 (Dkt. 41) dismissing this case without prejudice.

Dated:  January 17, 2019

Respectfully submitted,

By: /s/   *Frank H. Spruiell, Jr.*
Frank H. Spruiell, Jr.,  La. Bar No. 1611
Reid A. Jones, La. Bar No. 34611
WIENER, WEISS & MADISON
A Professional Corporation
333 Texas Street, Suite 2350 (71101)
P. O. Box 21990
Shreveport, Louisiana  71120-1990
Telephone: (318) 226-9100
Facsimile: (318) 424-5128
Email:  fspruiell@wwmlaw.com
Email:  rjones@wwmlaw.com

Jodi Avergun (*pro hac vice*), N.Y. Bar No. 2166668
Keith Gerver (*pro hac vice*), N.Y. Bar No. 5049846
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Joshua Arnold (*pro hac vice*), N.Y. Bar No. 4718714
William Simpson (*pro hac vice*), N.Y. Bar No. 5587076
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Counsel for Morris & Dickson Co., LLC*

Michael A. Carvin (*pro hac vice*), D.C. Bar No. 366-784
JONES DAY LLP
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-7643
Facsimile:   (202) 626-1700

-3-

## CERTIFICATE OF SERVICE

I certify that on this 17th day of January, 2019, I have served a copy of the above and foregoing on all counsel of record through the Court's CM/ECF system.

                                              s/ *Frank H. Spruiell, Jr.*

                                              Frank H. Spruiell, Jr.