# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2019

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 19-30043    Morris & Dickson Co., L.L.C. v. William
                           Barr, U. S. Atty Gen, et al
                           USDC No. 5:18-CV-1406

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Allison G. Lopez, Deputy Clerk
                           504-310-7702

cc w/encl:
    Mr. Joshua Arnold
    Ms. Jodi Avergun
    Mr. Michael Anthony Carvin
    Mr. Keith Gerver
    Mr. Chetan Adinath Patil
    Mr. Joshua Marc Salzman
    Mr. William Simpson
    Mr. Franklin H. Spruiell Jr.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 19-30043

———————————

A True Copy
Certified order issued Apr 01, 2019

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

MORRIS & DICKSON COMPANY, L.L.C.,

    Plaintiff - Appellant

v.

WILLIAM P. BARR, U. S. ATTORNEY GENERAL; UNITED STATES DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT ADMINISTRATION; UNITED STATES OF AMERICA; UTTAM DHILLON,

    Defendants - Appellees

———————————

Appeal from the United States District Court
for the Western District of Louisiana

———————————

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of April 01, 2019, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Allison Lopez*

                              By: _____
                              Allison G. Lopez, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT